**BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP**
  Norman B. Blumenthal (State Bar #068687)
  Kyle R. Nordrehaug (State Bar #205975)
  Aparajit Bhowmik (State Bar #248066)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL ORTEGA, KRISINDA WOLFE, DORIS WILLIAMS-JENKINS, and LILIA SILVA, individuals, on behalf of themselves and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LOYAL SOURCE GOVERNMENT SERVICES, LLC, a Limited Liability Company; and Does 1 through 50, Inclusive,<br><br>Defendant. | CASE No. **3:20-cv-0879-LAB-NLS**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>Hearing Date: March 22, 2021<br>Hearing Time: 11:30 a.m.<br><br>District Judge: Hon. Larry A. Burns<br>James M. Carter and Judith N. Keep<br>United States Courthouse<br>Courtroom 14A |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE THAT** on March 22, 2021, at 11:30 a.m. in the United States District Court for the Southern District of California, located at the James M. Carter and Judith N. Keep United States Courthouse, 333 West Boradway, 14th Floor, San Diego, CA 92101 in Courtroom 14A, before the Honorable Larry A. Burns, Plaintiffs Ismael Ortega, Krisinda Wolfe, Doris Williams-Jenkins and Lilia Silva ("Plaintiffs") will move for preliminary approval of the proposed class settlement with Defendant Loyal Source Government Services, LLC ("Defendant").  This motion is unopposed as based on the Class Action Settlement Agreement ("Agreement") between the Parties filed concurrently with this motion.

The motion will be based on this Notice of Motion, the Memorandum of Points and Authorities, the Declaration of Kyle Nordrehaug, the argument of counsel and upon such other material contained in the file and pleadings of this action.

Respectfully submitted,

Dated: February 18, 2021        BLUMENTHAL NORDREHAUG BHOWMIK
                                DE BLOUW

                                By:    */s/ Kyle Nordrehaug*
                                       Norman B. Blumenthal
                                       Kyle R. Nordrehaug
                                       Attorneys for Plaintiffs