**BLUMENTHAL NORDREHAUG BHOWMIK
DE BLOUW LLP**
  Norman B. Blumenthal (State Bar #068687)
  Kyle R. Nordrehaug (State Bar #205975)
  Aparajit Bhowmik (State Bar #248066)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL ORTEGA, KRISINDA WOLFE, DORIS WILLIAMS-JENKINS, and LILIA SILVA, individuals, on behalf of themselves and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LOYAL SOURCE GOVERNMENT SERVICES, LLC, a Limited Liability Company; and Does 1 through 50, Inclusive,<br><br>Defendant. | CASE No. **3:20-cv-0879-LAB-NLS**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT**<br><br>Hearing Date: July 26, 2021<br>Hearing Time: 11:30 a.m.<br><br>District Judge: Hon. Larry A. Burns<br>James M. Carter and Judith N. Keep<br>United States Courthouse<br>Courtroom 14A |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE THAT** on July 26, 2021, at 11:30 a.m. in the United States District Court for the Southern District of California, located at the James M. Carter and Judith N. Keep United States Courthouse, 333 West Boradway, 14th Floor, San Diego, CA 92101 in Courtroom 14A, before the Honorable Larry A. Burns, Plaintiffs Ismael Ortega, Krisinda Wolfe, Doris Williams-Jenkins and Lilia Silva ("Plaintiffs") will move for final approval of the proposed class settlement with Defendant Loyal Source Government Services, LLC ("Defendant").

This motion is brought in accordance with the Order dated March 31, 2021 [Doc. No. 47] and Fed. R. Civ. P. Rule 23(h). This motion is unopposed and based on the Class Action Settlement Agreement ("Settlement" or "Agreement") between the parties filed concurrently with this motion. There have been no objections to the Settlement by any member of the Class.

The motion will be based on this Notice of Motion, the Memorandum of Points and Authorities, the Declaration of Norman Blumenthal and attached exhibits, the Declaration of the Plaintiffs, the Declaration of the Settlement Administrator (to be filed after June 28, 2021), the argument of counsel and upon such other material contained in the file and pleadings of this action.

Respectfully submitted,

Dated: June 28, 2021      BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW

By:     */s/ Kyle Nordrehaug*
Norman B. Blumenthal
Kyle R. Nordrehaug
Attorneys for Plaintiffs